PROB 35A

**ORDER TERMINATING TERM OF PROBATION
PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  2:06CR00249-01** |
| ) | |
| **Harold Nolan ROBERTSON, Jr.** ) | |
| ) | |

On March 26, 2007, the above-named was placed on Probation for a period of 12 months.

On November 28, 2007, this office was notified by Sacramento County Vital Records that Mr. Robertson was confirmed dead by Coroner Kim L. Burson, on September 19, 2007 (copy of the notification is on file).  It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON
United States Probation Officer**

Dated:     December 20, 2007
           Roseville, California
           srs:cd

**REVIEWED BY:**        /s/ Richard A. Ertola
                       **RICHARD A. ERTOLA
                       Supervising United States Probation Officer**

1

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG

Re:  Harold Nolan ROBERTSON, Jr.
     Docket Number:  2:06CR00249-01
     **ORDER TERMINATING TERM OF PROBATION**
     **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

## ORDER OF COURT

It appearing that probationer Harold Nolan Robertson, Jr., is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

| 1/7/08 | /s/ Gregory G. Hollows |
|---|---|
| **Date** | **GREGORY G. HOLLOWS**<br>**United States Magistrate Judge** |

robertson.ord

(Notification copy on file)

cc:   Gretchen Boger, Certified Law Student, U.S. Attorney's Office

2